**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

EMW WOMEN'S SURGICAL CENTER,
P.S.C. et al.,

       Plaintiffs,

and

PLANNED PARENTHOOD OF INDIANA
AND KENTUCKY, INC.,

       Intervening Plaintiff,

v.

VICKIE YATES BROWN GLISSON, et al.,

       Defendants.

Case No.: 3:17-CV-189-GNS

## PROPOSED ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

This matter having come before the Court upon Plaintiffs' Motion for Attorneys' Fees and Costs and for good cause shown, it is hereby ORDERED that the Plaintiffs' Motion is GRANTED.

Plaintiffs are prevailing parties in an action brought under 42 U.S.C. § 1983, and are therefore entitled to attorneys' fees and costs under 42 U.S.C. § 1988. This Court finds that Plaintiffs' counsels' hourly rates and time spent on this litigation are reasonable.

IT IS THEREFORE ORDERED that Plaintiffs' motion is GRANTED, and Defendants shall pay Plaintiffs $512,384.50 in attorneys' fees and $22,210.69 in non-taxable costs.

JUDGE GREG N. STIVERS
UNITED STATES DISTRICT COURT


DATE: _____


Tendered by:

/s/ Donald L. Cox
Donald L. Cox
John D. Cox
**Lynch, Cox, Gilman & Goodman, P.S.C.**
500 West Jefferson St., Ste. 2100
Louisville, KY 40202
Telephone: (502) 589-4215
doncox@lynchcox.com
jcox@lynchcox.com
Counsel for Plaintiffs

- and –

Brigitte Amiri*
New York State Bar No. 3017167
Jennifer Dalven*
New York State Bar No. 2784452
Elizabeth Watson*
California Bar No. 295221
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
bamiri@aclu.org
jdalven@aclu.org
ewatson@aclu.org

Amy D. Cubbage
Interim Legal Director

**ACLU OF KENTUCKY**
401 West Main Street, Suite 1200
Louisville, KY 40202
acubbage@ackersonlegal.com
(502) 583-7400

Heather L. Gatnarek
**ACLU OF KENTUCKY**
315 Guthrie Street, Suite 300
Louisville, KY 40202
heather@aclu-ky.org
(502) 581-9746

*Counsel for Plaintiffs*

*Motion for pro hac vice granted