UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., on behalf of itself, its staff, and its Patients; ERNEST MARSHALL, M.D., on behalf of himself and his patients,<br><br>    PLAINTIFFS,<br><br>and<br><br>PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC.<br><br>    INTERVENOR-PLAINTIFF<br><br>v.<br><br>VICKIE YATES BROWN GLISSON, in her official capacity as Secretary of the Cabinet for Health and Family Services; and<br>MATTHEW BEVIN, in his official capacity as Governor of Kentucky<br><br>    DEFENDANTS | Case No. 3:17-cv-00189-GNS<br><br>*Electronically Filed* |

### ORDER GRANTING
### PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC.'S
### MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

This matter comes before the Court on Planned Parenthood of Kentucky and Indiana, Inc. Motion for Award of Attorneys' Fees and Costs (the **"Instant Motion"**). The Court having considered the Instant Motion, the declarations attached thereto, having considered the record in this case, and being otherwise sufficiently advised,

THE COURT FINDS that Planned Parenthood of Kentucky and Indiana, Inc. (**"PPINK"**) is the prevailing party in this action, and that the proposed hourly rates and proposed hours spent

on this action are reasonable, and the expenses incurred were reasonable and necessary to this action.

IT IS HEREBY ORDERED that pursuant to 42 U.S.C. § 1488, the Court awards Planned Parenthood of Indiana and Kentucky, Inc. attorney fees of $877,257 and costs of $54,479.16, for a total of $931,736.16.


Tendered by:

*/s/ James E. McGhee III*
Casey L. Hinkle
James E. McGhee III
Michael Abate
710 West Main Street
Fourth Floor
Louisville KY 40202
Telephone: (502) 416-1636
Telephone: (502) 416-1634
chinkle@kaplanjohnsonlaw.com
jmcghee@kaplanjohnsonlaw.com
mabate@kaplanjohnsonlaw.com