IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-189-GNS

**EMW WOMEN'S SURGICAL CENTER, P.S.C.**      **PLAINTIFF,**

**and**

**PLANNED PARENTHOOD OF INDIANA**
**AND KENTUCKY, INC.**      **INTERVENING PLAINTIFF,**

**v.**

**VICKIE YATES BROWN GLISSON, et al.,**      **DEFENDANTS.**

### ORDER

Before this Court is Defendants' Motion to Stay Response to Plaintiffs' Motion for Fees and Costs or in the Alternative, Motion to Dismiss Plaintiffs' Motions without Prejudice or in the Alternative, Motion to Allow Defendants an Additional Sixty Days to Respond.

The Court having considered arguments of counsel and otherwise being sufficiently advised, it is here by ORDERED that Defendants' Motion is granted. Briefing on fees and costs is STAYED until the parties exhaust all appeals in this case.

This the __ day of October, 2018.

                                                                 Judge Greg N. Stivers
                                                                  U.S. District Court

Cc:      Counsel of record