# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., on behalf of itself, its staff, and its patients; and ERNEST MARSHALL, M.D., on behalf of himself and his patients,<br><br>        Plaintiffs,<br><br>and<br><br>PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., on behalf of itself, its staff, and its patients,<br><br>        Intervenor-Plaintiff,<br><br>v.<br><br>MATTHEW BEVIN, Governor of Kentucky, in his official capacity; VICKIE YATES BROWN GLISSON, Secretary, Cabinet for Health and Family Services, in her official capacity,<br><br>        Defendants. | Case No. 3:17-cv-00189-GNS |

**[PROPOSED] ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT**

The Court, having considered Plaintiff Planned Parenthood of Indiana and Kentucky's ("PPINK") Motion for Order to Show Cause why Defendants should not be held in contempt ("Motion"), the Declaration of Michael P. Abate and accompanying exhibits, together with all supporting papers, and upon all prior pleadings and proceedings, and good cause being shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

_____
HON. GREG N. STIVERS
UNITED STATES DISTRICT COURT

DATE: _____