

**CABINET FOR HEALTH AND FAMILY SERVICES**
**OFFICE OF THE SECRETARY**

**Matthew G. Bevin**
Governor

275 East Main Street, 5W-A
Frankfort, KY 40621
502-564-7042
502-564-7091
www.chfs.ky.gov

**Adam M. Meier**
Secretary

August 16, 2019

Ms. Jessica Carpenter
Planned Parenthood of Indiana and Kentucky
842 South 7th Street
Louisville, KY 40203

**DENIAL OF APPLICATION FOR LICENSE TO OPERATE AN ABORTION FACILITY**

RE:   July 3, 2019 Application for License to Operate an Abortion Facility
      Planned Parenthood of Indiana and Kentucky
      842 South 7th Street
      Louisville, KY 40203

**CERTIFIED MAIL**

Dear Ms. Carpenter:

You are hereby notified that the Cabinet for Health and Family Services has made the decision to deny your Application for License to Operate an Abortion Facility dated July 3, 2019. The decision to deny the license is based on your substantial failure to comply with the provisions of KRS Chapter 216B. Specifically, and as set forth in correspondence from the Cabinet's Office of Inspector General dated January 28, 2016 to LaToya Rose, Director of Planned Parenthood of Indiana and Kentucky's facility at 842 South 7th Street in Louisville, Ms. Rose was advised that in accordance with KRS 216B.105, no person shall operate any health facility in the Commonwealth of Kentucky without first obtaining a license specifying the kind or kinds of health services the facility is authorized to provide. Planned Parenthood of Indiana and Kentucky's facility at 842 South 7th Street in Louisville has never been licensed to perform abortions. However, Planned Parenthood of Indiana and Kentucky, Inc. has admitted that abortions were performed in its Louisville facility in December, 2015. (See Answer of Planned Parenthood of Indiana and Kentucky, Inc. in *Com., Cabinet for Health and Family Services v. Planned Parenthood of Indiana and Kentucky, Inc.*, Jefferson Circuit Court, No. 16-CI-000802.) The Cabinet's Office of Vital Statistics indicates that 23 abortions were performed at Planned Parenthood's Louisville facility during the period December 3, 2015 to January 28, 2016, all during a time when the facility was not licensed to perform abortions. KRS 216B.105(1) prohibits operation of any health facility without first obtaining a license issued by the Cabinet.

**EXHIBIT A**

August 16, 2019
Page 2

KRS 216B.105(2) states that the Cabinet may deny a license in any case in which it finds that there has been a substantial failure to comply with the provisions of KRS Chapter 216B. Further, KRS 216B.990(6) requires any person or entity establishing, managing, or operating an abortion facility or conducting the business of an abortion facility to comply with the provisions of KRS Chapter 216B regarding abortion facilities. The performance of unlicensed abortions as set forth above constitutes a substantial failure to comply with the provisions of KRS Chapter 216B, and the Application for License to Operate an Abortion Facility is denied pursuant to KRS 216B.105(2) and KRS 216B.990(6).

The Cabinet reserves the right to amend and supplement this denial based on the pending decision of the United States Court of Appeals for the Sixth Circuit in *EMW Women's Surgical Center, P.S.C., et al. v. Meier*, et al., Case No. 18-6161, regarding the constitutionality of the requirement of written agreements between abortion facilities and acute-care hospitals and ambulance services pursuant to KRS 216B.0435, the enforcement of which has been enjoined.

If you disagree with this decision, you may appeal it pursuant to KRS 216B.105 and request an evidentiary hearing. The request must be filed with the Secretary, Cabinet for Health and Family Services, 5th Floor, 275 East Main Street, Frankfort, Kentucky 40621 within thirty (30) days of the mailing date of this letter. If you do not request a hearing within thirty (30) days of the mailing date of this letter, the denial of your Application for License to Operate an Abortion Facility shall become FINAL.

Sincerely,

*Adam Meier*

Adam Meier, Secretary
Cabinet for Health and Family Services

CC: Steve Davis, Office of the Inspector General