Case No. 18-6161

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

EMW WOMEN'S SURGICAL CENTER, P.S.C., on behalf of itself, its staff, and its patients; ERNEST MARSHALL, M.D., on behalf of himself and his patients

      Plaintiffs - Appellees

PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC.

      Intervenor Plaintiff - Appellee

v.

ADAM MEIER, in his official capacity as Secretary of Kentucky's Cabinet for Health and Family Services; MATTHEW G. BEVIN, Governor of Kentucky, in his official capacity

      Defendants - Appellants

BEFORE:  CLAY, LARSEN, and READLER, Circuit Judges;

Upon consideration of the motion to intervene filed by Attorney General Daniel Cameron, on behalf of the Commonwealth of Kentucky, and in further consideration of the response in opposition ,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**.

      **ENTERED BY ORDER OF THE COURT**
      Deborah S. Hunt, Clerk

Issued: August 06, 2020