UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Louisville Division
*Electronically filed*

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., on behalf of itself, its staff, and its patients; Ernest Marshall, M.D., on behalf of himself and his patients<br><br>and<br><br>PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC.<br><br>　　*Plaintiffs*<br><br>v.<br><br>ERIC FRIEDLANDER, in his official capacity as Secretary of Kentucky's Cabinet for Health and Family Services; and ANDREW G. BESHEAR, in his official capacity as Governor of Kentucky<br><br>　　*Defendants*<br><br>and<br><br>DANIEL J. CAMERON, Attorney General of the Commonwealth of Kentucky<br><br>　　*Intervenor-Defendant* | Civil Action No. 3:17-cv-189-GNS |

## MOTION TO WITHDRAW AS COUNSEL

Under Local Rule 83.6(a), Elizabeth K. Watson moves to withdraw as counsel for Plaintiffs EMW Women's Surgical Center, P.S.C. and Ernest Marshall, M.D.. As grounds, Ms. Watson states that she will no longer be employed by the American Civil Liberties Union Reproductive Freedom Project as of July 1, 2022.

1

The Plaintiffs will continued to be represented by Brigitte Amiri and other Plaintiffs' counsel of record.

Wherefore, Elizabeth K. Watson respectfully requests the Court to enter an order permitting her withdrawal as counsel of record.

Respectfully submitted,

/s/ Elizabeth K. Watson

Elizabeth K. Watson
Brigitte Amiri
American Civil Liberties Union Foundation
Reproductive Freedom Project
125 Broad Street, 18th Floor
New York, NY 10004
ewatson@aclu.org
bamiri@aclu.org
(212) 549-2633

*Counsel for EMW Women's Surgical Center, P.S.C and Ernest Marshall, M.D.*

## CERTIFICATE OF SERVICE

I certify that on July 1, 2022, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Elizabeth K. Watson
*Counsel for EMW Women's Surgical Center, P.S.C. and Dr. Ernest Marshall, M.D.*
