# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*, | |
| *Plaintiffs*, | |
| and | |
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, INC., | Civil Action No.: 3:17-cv-189-GNS |
| *Intervenor-Plaintiff*, | |
| v. | |
| ERIC FRIEDLANDER, *et al.*, | |
| *Defendants*, | |
| and | |
| DANIEL J. CAMERON, | |
| *Intervenor-Defendant*. | |

### PLAINTIFF-INTERVENOR'S MOTION TO WITHDRAW MELANIE L. BOSTWICK AS COUNSEL

Plaintiff-Intervenor respectfully moves to withdraw Melanie L. Bostwick as counsel in this matter. Ms. Bostwick, who served as counsel in this matter before the U.S. Court of Appeals for the Sixth Circuit, was inadvertently included on the signature block in Plaintiffs and Plaintiff-Intervenors' most recent status brief before this court. (DN 241.) Ms. Bostwick does not intend to appear on future filings, and Plaintiff-Intervenor therefore requests that she be removed as counsel.

Respectfully submitted,

*/s/Karen Johnson-McKewan*
Karen G. Johnson-McKewan
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

Lisa T. Simpson
Jennifer M. Keighley
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

Robert L. Uriarte
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

Carrie Y. Flaxman
PLANNED PARENTHOOD
 FEDERATION OF AMERICA
1110 Vermont Avenue, NW
Suite 300
Washington, DC 20005

Michael P. Abate
Casey L. Hinkle
KAPLAN JOHNSON ABATE &
 BIRD LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202

*Counsel for Plaintiff-Appellee*
*Planned Parenthood of Indiana and Kentucky, Inc.*

2