## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*,  *Plaintiffs*,  and  PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, INC.,  *Intervenor-Plaintiff*,  v.  ERIC FRIEDLANDER, *et al.*,  *Defendants*,  and  DANIEL J. CAMERON,  *Intervenor-Defendant*. | Civil Action No.: 3:17-cv-189-GNS |

## [PROPOSED ORDER

Plaintiff-Intervenor has moved to withdraw Melanie L. Bostwick as Counsel in the above captioned matter. It is hereby **ORDERED** that the motion to withdraw is **GRANTED**. The Clerk of Court is **DIRECTED** to terminate Melanie L. Bostwick as counsel of record in this matter.

Dated:

_____

Hon. Greg N. Stivers
United States District Judge