# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

EMW Women's Surgical Center et al.

-vs-

Glisson

Case No.: 3:17-cv-00189-GNS

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Ryan Mendias, is permitted to argue or try this case in whole or in part as counsel for EMW Women's Surgical Center, P.S.C. and Ernest Marshall, MD.

Greg N. Stivers, Chief Judge
United States District Court

December 27, 2022