# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*,

    *Plaintiffs*,

and

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, INC.,

    *Intervenor-Plaintiff*,

v.

ERIC FRIEDLANDER, *et al.*,

    *Defendants*,

and

DANIEL J. CAMERON,

    *Intervenor-Defendant*.

Civil Action No.: 3:17-cv-189-GNS

## ORDER

Plaintiff-Intervenor has moved to withdraw Melanie L. Bostwick as Counsel in the above captioned matter. It is hereby **ORDERED** that the motion to withdraw is **GRANTED**. The Clerk of Court is **DIRECTED** to terminate Melanie L. Bostwick as counsel of record in this matter.

Dated:

                            Greg N. Stivers, Chief Judge
                            United States District Court

January 17, 2023