UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., on behalf of itself, its staff, and its patients; and ERNEST MARSHALL, M.D., on behalf of himself and his patients,<br><br>   Plaintiffs,<br><br>and<br><br>PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA AND KENTUCKY, INC., on behalf of itself, its staff, and its patients,<br><br>   Intervenor-Plaintiff,<br><br>v.<br><br>ERIC FRIEDLANDER, *et al.*,<br><br>   Defendants,<br><br>and<br><br>DANIEL J. CAMERON,<br><br>   Intervenor-Defendant. | CASE NO. 3:17-CV-00189-GNS<br><br>*Electronically Filed* |

**NOTICE OF PRO HAC VICE RENEWAL PAYMENT**

 PLEASE TAKE NOTICE that a renewal fee in the amount of $150 was paid on October 25, 2023 for the pro hac vice admission of Jennifer Keighley in the above-captioned action.

October 25, 2023

                                      Respectfully submitted,

                                      */s/ Jennifer Keighley*
                                             Jennifer Keighley

Jennifer Keighley (*Pro Hac Vice*)
**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 506 3767
jkeighley@orrick.com

 *Counsel for Planned Parenthood of Indiana, and Kentucky, Inc*.